IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  07-cv-00998-LTB-MJW

LANE L. SNYDER,

Plaintiff,

v.

MIKE CONLY, et al.,

Defendants.

MINUTE ORDER

It is hereby ORDERED that the plaintiff's Motion Asking Courts to Order a Reply and Motion to See Another Doctor not D.O.C. Doctor (Docket No. 19) is denied as moot based upon the timely filing of defendants' Answer (Docket No. 24).

Date: September 25, 2007