IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00998-LTB-KMT

LANE L. SNYDER,

    Plaintiff,

v.

SANDRA HARRIS,
CHRISTEN MILLER,
DR. RICKTER,
DR. LOPEZ, and
WILLIAM A. KLENKE,

    Defendants.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's motion/request for the U.S. Marshal to serve Defendants Christen Miller and William A. Klenke (#48, filed January 4, 2008) is GRANTED in part and DENIED in part. The request is granted as to Defendant William A. Klenke. The request is denied as to Defendant Miller, as Plaintiff has not provided the court with her current address.

Dated: January 29, 2008