IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00998-LTB-KMT

LANE L. SNYDER,

    Plaintiff,

v.

MIKE CONLY,
SANDRA HARRIS,
CHRISTEN MILLER,
DOCTOR RICKTER, and
DOCTOR LOPEZ,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss Christen Miller (Doc 85 - filed March 4, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED against Defendant Christen Miller,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   March 10, 2008