IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00998-LTB-KMT

LANE L. SNYDER,

    Plaintiff,

v.

SANDRA HARRIS,
DR. RICKTER,
DR. LOPEZ, and
WILLIAM A. KLENKE,

    Defendants.

# ORDER

    This matter is before the court on Plaintiff's "Motion to increase amount of relief" (#74, filed February 8, 2008). This motion, as it seeks to increase the amount of damages sought by the plaintiff, is construed as a motion to amend the complaint. In the Scheduling Order entered by Magistrate Judge Michael J. Watanabe on November 20, 2007, the deadline for joinder of parties and amendment of pleadings was set at December 7, 2007. Plaintiff filed this motion on February 8, 2008, two months after the deadline for amending pleadings. Accordingly,

IT IS ORDERED that Plaintiff's motion (#74) is DENIED.

Dated this 8th day of August, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge