IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00998-LTB-KMT

LANE L. SNYDER,

    Plaintiff,

v.

SANDRA HARRIS,
DR. RICKTER,
DR. LOPEZ, and
WILLIAM A. KLENKE,

    Defendants.

## ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Magistrate Judge Kathleen M. Tafoya**

    This matter is before the court on the "State Defendants' Motion for Summary Judgment" (Doc. No. 80) filed February 28, 2008. Upon a review of the file, Plaintiff filed his original Prisoner Complaint on May 14, 2008. (Doc. No. 3.) Plaintiff filed his Amended Prisoner Complaint on June 26, 2007. (Doc. No. 6.) On July 23, 2007, Magistrate Judge Michael J. Watanabe issued an order granting service of the defendants by the United States Marshal. (Doc. No. 10.) On July 30, 2007, a waiver of service was returned for Defendants Harris, Richter, and Lopez. (Doc. No. 11.) On September 24, 2007, Defendants Harris, Richter, and Lopez filed their Answer to the <u>Amended</u> Prisoner Complaint. (Doc. No. 24). On November 20, 2007, Magistrate Judge Michael J. Watanabe held a scheduling conference, at which Joseph Sanchez and Chris Alber, counsel for Defendants Harris, Richter, and Lopez were in attendance.

(Doc. No. 35.) At the scheduling conference, Plaintiff voluntarily dismissed Defendant Mike Conly, and Magistrate Judge Watanabe allowed substitution of Defendant William A. Klenke. (*Id.*) Defendants Harris, Klenke, Richter, and Lopez filed their Motion for Summary Judgment on February 28, 2008. (Doc. No. 80.) In their motion, Defendants refer to the original Complaint filed on May 14, 2007, rather than the Amended Complaint filed on June 26, 2007. (*Id.* at 1.) It appears the defendants have filed their motion for summary judgment directed at the incorrect complaint. Accordingly, this court

**RECOMMENDS** that the "State Defendants' Motion for Summary Judgment" (Doc. No. 80) be **DENIED without prejudice** to refile a new motion directed at the proper amended complaint.

It is, therefore, **ORDERED** that the dispositive motions deadline is extended to **September 30, 2008**.

### ADVISEMENT TO THE PARTIES

Within ten days after service of a copy of the Recommendation, any party may serve and file written objections to the Magistrate Judge's proposed findings and recommendations with the Clerk of the United States District Court for the District of Colorado. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *In re Griego*, 64 F.3d 580, 583 (10th Cir. 1995). A general objection that does not put the District Court on notice of the basis for the objection will not preserve the objection for *de novo* review. "[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *United States v. One Parcel of Real Property Known As*

*2121 East 30th Street, Tulsa, Oklahoma*, 73 F.3d 1057, 1060 (10th Cir. 1996). Failure to make timely objections may bar *de novo* review by the District Judge of the Magistrate Judge's proposed findings and recommendations and will result in a waiver of the right to appeal from a judgment of the district court based on the proposed findings and recommendations of the magistrate judge. *See Vega v. Suthers*, 195 F.3d 573, 579-80 (10th Cir. 1999) (District Court's decision to review a Magistrate Judge's recommendation *de novo* despite the lack of an objection does not preclude application of the "firm waiver rule"); *One Parcel of Real Property*, 73 F.3d at 1059-60 (a party's objections to the Magistrate Judge's report and recommendation must be both timely and specific to preserve an issue for *de novo* review by the District Court or for appellate review); *International Surplus Lines Insurance Co. v. Wyoming Coal Refining Systems, Inc.*, 52 F.3d 901, 904 (10th Cir. 1995) (by failing to object to certain portions of the Magistrate Judge's order, cross-claimant had waived its right to appeal those portions of the ruling); *Ayala v. United States*, 980 F.2d 1342, 1352 (10th Cir. 1992) (by their failure to file objections, plaintiffs waived their right to appeal the Magistrate Judge's ruling). *But see, Morales-Fernandez v. INS*, 418 F.3d 1116, 1122 (10th Cir. 2005) (firm waiver rule does not apply when the interests of justice require review).

Dated this 2nd day of September, 2008.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge