**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00998-LTB-KMT

LANE L. SNYDER,

    Plaintiff,

v.

MIKE CONLY,
SANDRA HARRIS,
CHRISTEN MILLER,
DOCTOR RICKTER, and
DOCTOR LOPEZ,

    Defendants.

---

## ORDER
---

This case is before me on the recommendation of the Magistrate Judge that State Defendants' Motion for Summary Judgment (Doc 80) be denied without prejudice to refile a new motion directed at the proper amended complaint, issued and served on September 2, 2008 (Doc 99). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and State Defendants' Motion for Summary Judgment (Doc 80) is DENIED WITHOUT PREJUDICE to refile a new motion directed at the proper amended complaint.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   September 24, 2008