IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00998-PAB-KMT

LANE L. SNYDER,

    Plaintiff,

v.

SANDRA HARRIS,
DOCTOR RICKTER,
DOCTOR LOPEZ, and
WILLIAM A. KLENKE,

    Defendants.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

    This matter has been scheduled for a three-day trial to the court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **June 1, 2010 at 8:00 a.m.**

    A Trial Preparation Conference is set for **May 21, 2010 at 9:30 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    sequestration of witnesses;

    2)    timing of presentation of witnesses and evidence;

    3)    anticipated evidentiary issues;

    4)    any stipulations as to fact or law; and

5)   any other issue affecting the duration or course of the trial.

DATED August 10, 2009.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge