IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00998-PAB-KMT

LANE L. SNYDER,

    Plaintiff,

v.

SANDRA HARRIS,
DOCTOR RICKTER,
DOCTOR LOPEZ, and
WILLIAM A. KLENKE,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on the Order and Judgment of the United States Court of Appeals for the Tenth Circuit [Docket No. 146]. The Tenth Circuit affirmed the Court's judgment dismissing the claims against defendants Klenke, Lopez, and Harris, but instructed the Court to modify its dismissal of plaintiff's claim against defendant Richter (misspelled "Rickter" in the amended complaint) to be without prejudice for failure to exhaust administrative remedies. For the reasons stated in Tenth Circuit's Order and Judgment, it is

    **ORDERED** that the judgment entered by the Court on April 2, 2010 [Docket No. 136] shall be amended to provide that the dismissal of plaintiff's claim against defendant Richter for failure to exhaust administrative remedies is without prejudice.

DATED January 6, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge